# ELECTRONIC RECORD

1525-14
1526-14

COA # 02-14-00401-CR    OFFENSE: 30.02F

STYLE: Robert Wayne Westbrook v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: DISMISSED    TRIAL COURT: 297th District Court

DATE: 10/30/14    Publish: NO    TC CASE #: 1375130D

## IN THE COURT OF CRIMINAL APPEALS

1525-14
1526-14

STYLE: Robert Wayne Westbrook v. The State of Texas    CCA #: 

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 04/01/2015    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD